REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)  Raul A. Hoare    Case No.  16-25461    Chapter  13

All Cases: Moving Creditor  Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America    Date Case Filed  8/8/2016

Nature of Relief Sought:    ■ Lift Stay    □ Annul Stay    ■ Other (describe)

Chapter 13:    Date of Confirmation Hearing  10/3/2016    Or Date Plan Confirmed

Chapter 7:    □ No-Asset Report Filed on

□ No-Asset Report not filed, Date of Creditors Meeting

1. Collateral
   a. ■ Home
   b. □ Car Year, Make, and Model
   c. □ Other (describe)

2. Balanced Owed as of Date Judgment was entered    $177,388.74 principal balance, $237,205.19 payoff balance
   Total of all other Liens against Collateral    $

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in *all* cases)    $154,700.00.

5. Default
   a. □ Pre-Petition Default
      Number of months ___    Amount  $
   b. □ Post-Petition Default
      i. □ On direct payments to the moving creditor
         Number of months ___    Amount  $
      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of Months ___    Amount  $

6. Other Allegations
   a. □ Lack of Adequate Protection § 362(d)(1)
      i. □ No insurance
      ii. □ Taxes unpaid    Amount  $
      iii. □ Rapidly depreciating asset
      iv. □ Other (describe)

   b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c. □ Other "Cause" § 362(d)(1)
      i. □ Bad Faith (describe)
      ii. □ Multiple Filings
      iii. ■ Other (describe)    Property sold prior to this case being filed and as such Colon v. Option One Mortg. Corp., 319 F.3d 912 (7th Cir. Ill. 2003) is applicable

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm    ii. □ Redeem    iii. □ Surrender    iv. □ No Statement of Intention Filed

Date:  8/26/2016    /s/ Rocio Herrera
                    Counsel for Movant