UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Raul A. Hoare<br><br><br>Debtor(s) | BK No.: 16-25461<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING AUTOMATIC STAY AND CODEBTOR STAY

This cause coming to be heard on the Motion of Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay and Codebtor Stay of the above case is hereby modified to allow Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 4N206 Central Avenue, Bensenville, Illinois 60106.
B. That the 14 day stay provision of Fed Bankr. Rule P. 4001(a)(3) is waived.

Enter:

*Jacqueline P. Cox*
United States Bankruptcy Judge

Dated: SEP 1 2 2016

**Prepared by:**
Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

Rev: 20151029_bko